### *United States District Court for the Northern District of Illinois*

Case Number: 08CV4392          Assigned/Issued By: DAJ

Judge Name: MORAN          Designated Magistrate Judge: VALDEZ

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00 _____          Receipt #: 2991577 _____

Date Payment Rec'd: 08/04/08 _____          Fiscal Clerk: DAJ _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          _____

(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 0 _____ copies on 08/04/08 _____ as to DEF. _____

(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05